■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HSIEH CHING, Appellant.—Appeal by the defendant from a

judgment of the County Court, Westchester County (LaCava, J.), rendered July 24, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Brown, Sullivan, Harwood and Miller, JJ., concur.